1  Thomas E. Hill (State Bar. No. 100861)
   Thomas.Hill@hklaw.com
2  Kristina S. Azlin (State Bar. No 235238)
   Kristina.Azlin@hklaw.com
3  John H. Haney (State Bar. No 299970)
   John.Haney@hklaw.com
4  HOLLAND & KNIGHT LLP
   400 South Hope Street, 8th Floor
5  Los Angeles, CA 90071
   Telephone: 213.896.2400
6  Fax: 213.896.2450

7  *Attorneys for Defendant,*
   *Society For Human Resource Management*
8
   REBECCA WILLIFORD (she/her) – CA BAR NO. 269977
9  rwilliford@dralegal.org
   MEREDITH J. WEAVER (she/her) – CA BAR NO. 299328
10 mweaver@dralegal.org
   EMILY SEELENFREUND (she/her) – CA BAR NO. 804482 (Registered Legal Services
11 Attorney) eseelenfreund@dralegal.org
   Disability Rights Advocates
12 2001 Center Street, 4th Floor
   Berkeley, California  94704-1204
13 Tel:   (510) 665-8644
   Fax:   (510) 665-8511
14
   *Attorneys for Plaintiffs*

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           OAKLAND DIVISION

19

| | |
|---|---|
| 20  TIFFANY RUFFA, KATHRYN CANFIELD, and ISIDORE NIYONGABO, on behalf of themselves and all others similarly situated, | **Case No. 4:21-cv-05549-DMR** |
| 22  Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND COMPLETE MEDIATION PROCESS PURSUANT TO GENERAL ORDER 56** |
| 23  v. | |
| 24  SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | Complaint Filed: July 20, 2021 |
| 25  Defendant. | Current Response Date: March 15, 2022 |
| 26 | New Response Date:  May 5, 2022 |

27  ///

28  ///

1  Plaintiffs Tiffany Ruffa, Kathryn Canfield, and Isidore Niyongabo ("Plaintiffs") and
2  Defendant Society for Human Resource Management ("Defendant"), by and through their
3  respective counsel, jointly stipulate to extend the time for (1) the completion of the mediation
4  process pursuant to General Order 56 until April 29, 2022 and (2) Defendant to respond to the
5  Complaint from March 15, 2022 to May 6, 2022.
6  This stipulation is made in good faith and not for the purpose of causing unwarranted
7  delay.  Good cause supports the extension because (i) only three prior extensions have been
8  obtained, pursuant to ongoing settlement discussions, (ii) the Parties engaged in a Settlement
9  Conference on March 1, 2022, by the court's deadline, with court-assigned mediator Jamie L.
10 Dupree, and the parties are continuing to engage in good faith settlement negotiations, and are in
11 the process of scheduling a second mediation with Ms. Dupree, and (iii) the Parties are
12 complying with this Court's General Order 56 and the Court's scheduling order in this case (Dkt.
13 No. 5).  Further, pursuant to Local Rule 6-1(a), this extension will not alter the date of any event
14 or any deadline already fixed by Court order.
15         IT IS SO STIPULATED.
16 DATED: March 1, 2022                           HOLLAND AND KNIGHT LLP
17
                                                 By: /s/ John H. Haney
18                                                   Thomas E. Hill
                                                     Kristina S. Azlin
19                                                   John H. Haney
20                                               *Attorneys for Defendant*
21 DATED: March 1, 2022                           **DISABILITY RIGHTS ADVOCATES**
22
                                                 By: /s/ Emily Seelenfreund
23                                                   Emily Seelenfreund
                                                     Meredith J. Weaver
24                                                   Rebecca Williford
25                                               *Attorneys for Plaintiffs*
26
27
28

**ATTESTATION OF CONSENT**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing of this document with their signature.

DATED: March 1, 2022                    By: /s/ John H. Haney