Thomas E. Hill (State Bar. No. 100861)
Thomas.Hill@hklaw.com
Kristina S. Azlin (State Bar. No 235238)
Kristina.Azlin@hklaw.com
John H. Haney (State Bar. No 299970)
John.Haney@hklaw.com
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450

*Attorneys for Defendant,*
*Society For Human Resource Management*

REBECCA WILLIFORD (she/her) – CA BAR NO. 269977
rwilliford@dralegal.org
MEREDITH J. WEAVER (she/her) – CA BAR NO. 299328
mweaver@dralegal.org
EMILY SEELENFREUND (she/her) – CA BAR NO. 804482 (Registered Legal Services Attorney) eseelenfreund@dralegal.org
Disability Rights Advocates
2001 Center Street, 4th Floor
Berkeley, California  94704-1204
Tel:     (510) 665-8644
Fax:    (510) 665-8511

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TIFFANY RUFFA, KATHRYN CANFIELD, and ISIDORE NIYONGABO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIETY FOR HUMAN RESOURCE MANAGEMENT,<br><br>Defendant. | **Case No. 4:21-cv-05549-DMR**<br><br>**JOINT STATUS REPORT ON MEDIATION AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND COMPLETE MEDIATION PROCESS PURSUANT TO GENERAL ORDER 56**<br><br>Complaint Filed: July 20, 2021<br><br>Current Response Date: May 6, 2022<br><br>New Response Date:  May 27, 2022 |

Plaintiffs Tiffany Ruffa, Kathryn Canfield, and Isidore Niyongabo ("Plaintiffs") and Defendant Society for Human Resource Management ("Defendant"), by and through their respective counsel, submit this joint status report pursuant to the Court's March 2, 2022 order (Dkt. No. 18) and jointly stipulate to extend the time for (1) the completion of the mediation process pursuant to General Order 56 from April 29, 2022 until May 20, 2022, and (2) Defendant to respond to the Complaint from May 6, 2022 to May 27, 2022.

## I.     STATUS REPORT

On March 1, 2022, the Parties held their first Settlement Conference with court-assigned mediator Jamie L. Dupree. As the Parties previously reported to the Court, they made progress during the March 1 conference, but were unable to achieve a complete resolution.

Since the March 1 Settlement Conference, the Parties have continued to make progress through the exchange of settlement agreement drafts with the intention of reaching agreement on all non-monetary terms of a potential settlement prior to their next settlement conference with Ms. Dupree on May 9, 2022.

The Parties intend to submit another joint status report to the Court following their May 9 settlement conference.

## II.    JOINT STIPULATION

Given the progress the Parties have made, and continue to make in their negotiations, they now stipulate to extend the time for (1) the completion of the mediation process pursuant to General Order 56 until May 20, 2022 and (2) Defendant to respond to the Complaint from May 6, 2022 to May 27, 2022.

This stipulation is made in good faith and not for the purpose of causing unwarranted delay.  Good cause supports the extension. First, the Parties have sought four prior stipulated extensions of Defendant's deadline to respond to the Complaint in order to engage in ongoing settlement negotiations, and one prior extension of the deadline to complete mediation pursuant to General Order 56. (Dkt. Nos. 8, 11, 16, & 17.) Second, the Parties engaged in a Settlement Conference on March 1, 2022, by the court's original deadline to complete mediation pursuant to General Order 56, are continuing to engage in good faith settlement negotiations with another

conference scheduled for May 9, 2022, as discussed above. Third, the Parties are complying with this Court's General Order 56 and the Court's scheduling order in this case (Dkt. No. 5).

   IT IS SO STIPULATED.

DATED: April 22, 2022        HOLLAND AND KNIGHT LLP

                By: /s/ John H. Haney
                  Thomas E. Hill
                  Kristina S. Azlin
                  John H. Haney

                *Attorneys for Defendant*

DATED: April 22, 2022        **DISABILITY RIGHTS ADVOCATES**

                By: /s/ Meredith J. Weaver
                  Emily Seelenfreund
                  Meredith J. Weaver
                  Rebecca Williford

                *Attorneys for Plaintiffs*

## ATTESTATION OF CONSENT

   I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the electronic filing of this document with their signature.

DATED: April 22, 2022        By: /s/ John H. Haney
                  John H. Haney

2

Stipulation To Extend Time to Respond to Complaint
and Complete Mediation Process          Case No. 4:21-cv-05549-DMR