1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION
13

| | |
|---|---|
| 14  TIFFANY RUFFA, KATHRYN CANFIELD, and ISIDORE NIYONGABO, on behalf of themselves and all others similarly situated, | **Case No. 4:21-cv-05549-DMR** |
| 15 | |
| 16           Plaintiffs, | **[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION PROCESS PURSUANT TO GENERAL ORDER 56** |
| 17  v. | |
| 18  SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | Complaint Filed: July 20, 2021 |
| 19 | Current Response Date: May 27, 2022 |
| 20           Defendant. | New Response Date: June 17, 2022 |

21
22
23
24
25
26
27
28

The Court, having reviewed the Parties' Joint Status Report on Mediation and Stipulation to Extend Time to Complete Mediation Process (Dkt. 23), and finding good cause, orders as follows:

(1) The Parties' time for the completion of the mediation process pursuant to General Order 56 shall be extended from May 20, 2022 through and including June 10, 2022

**IT IS SO ORDERED.**

_____   _____
Date                         Hon. Donna M. Ryu