1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TIFFANY RUFFA, KATHRYN CANFIELD, and ISIDORE NIYONGABO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIETY FOR HUMAN RESOURCE MANAGEMENT,<br><br>Defendant. | **Case No. 4:21-cv-05549-DMR**<br><br>~~[PROPOSED]~~ **ORDER ON STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION PROCESS PURSUANT TO GENERAL ORDER 56**<br><br>Complaint Filed: July 20, 2021<br><br>Current Response Date: May 27, 2022<br><br>New Response Date:  June 17, 2022 |

[Proposed] Order to Extend Time                                   Case No. 4:21-cv-05549-DMR

1    The Court, having reviewed the Parties' Joint Status Report on Mediation and Stipulation

2  to Extend Time to Complete Mediation Process (Dkt. 23), and finding good cause, orders as

3  follows:

4          (1)    The Parties' time for the completion of the mediation process pursuant to General

5  Order 56 shall be extended from May 20, 2022 through and including June 10, 2022

6

7                                            **IT IS SO ORDERED**

8

9    ___5/13/2022___
                Date



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1

[Proposed] Order on Joint Status Report and Stipulation                    Case No. 4:21-cv-05549-DMR