UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIFFANY RUFFA, KATHRYN CANFIELD, and ISIDORE NIYONGABO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIETY FOR HUMAN RESOURCE MANAGEMENT,<br><br>Defendant. | Case No. 4:21-cv-05549-DMR<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL<br><br>Complaint Filed: July 20, 2021 |

Pursuant to the Parties' Notice of Settlement and Stipulation for Voluntary Dismissal of the Action and the Parties' representations to the Court concerning settlement

NOW, THEREFORE, IT IS HEREBY ORDERED as follows regarding the above-captioned litigation:

1. All individual claims by the Named Plaintiffs are hereby dismissed, with prejudice.
2. All class claims are hereby dismissed, without prejudice.
3. The Complaint is hereby dismissed.
4. By stipulation and the express agreement of the Parties, this Court retains jurisdiction over this case through June 23, 2024 to enforce the terms of the Parties' Settlement Agreement and Release, as dated June 23, 2022 (ECF No. 29-1). Should this Court become unavailable during the term of the Agreement, the Parties shall request that another judge or magistrate judge be assigned authority over this matter.

**IT IS SO ORDERED.**

6/28/2022
Date



Hon. Donna M. Ryu